**EPSTEIN
BECKER
GREEN**

Attorneys at Law

James P. Flynn
t 973.639.8285
f 973.639.8931
jflynn@ebglaw.com

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2026

*OK, Conference Cancelled.*

*Colleen McMahon*

*5/14/2026*

May 14, 2026

**VIA ECF**
The Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

> Re:   *Devin Lander et al. v. Prada USA Corp.*, No. 1:26-cv-3020-(CM)(GS)

Dear Judge McMahon:

This firm represents Defendant Prada USA Corporation ("Prada"). We note that plaintiff's counsel has recently filed the parties' proposed joint civil case management plan (Dkt. # 12). Prada now respectfully submits this letter seeking an extension of the initial pretrial conference, currently scheduled for June 11, 2026 at 11:00 a.m., as well as all related deadlines.

Counsel for both parties acknowledge the Court's direction that an in-person appearance at the June 11, 2026 Case Management Conference is required if the proposed discovery cutoff is more than six months after commencement of the action. Prada's counsel nonetheless seeks an adjournment of that conference until a date in July because Prada's response to the Complaint is not due until June 21, 2026. Trial and other professional obligations render counsel for both parties only mutually available thereafter beginning July 13, 2026.

This is Prada's first request for an adjournment of the initial pretrial conference. Plaintiffs consent to the requested adjournment. The adjournment would not affect other scheduled dates as the parties have already agreed upon and submitted a civil case management plan. There is no scheduling order in place, and no other deadlines would be impacted by the requested adjournment.

Respectfully submitted,

James P. Flynn
Epstein Becker & Green, P.C.
One Gateway Center
Newark, NJ 07102
Tel.: (973) 639-8285

Case 1:26-cv-03020-CM    Document 13    Filed 05/14/26    Page 2 of 2

The Hon. Colleen McMahon
May 14, 2026
Page 2


Email: jflynn@ebglaw.com

cc:    all counsel via e-filing